UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ADVANCED MEDICAL, INC.,**
        **PLAINTIFF,**

**v.**                                            **CIVIL ACTION
NO. 11-10937-MBB**

**HEALTH CARE TECHNOLOGY, INC.,**
        **DEFENDANT.**

## ORDER OF DISMISSAL

### JANUARY 6, 2012

**BOWLER, U.S.M.J.**

      The court having been advised that the above-entitled action has been settled:

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs.  Upon good cause shown, any party may move to reopen the action within sixty (60) days if settlement is not consummated.

                                                              /s/ Marianne B. Bowler
                                                             MARIANNE B. BOWLER
                                                             United States Magistrate Judge